STATE of Louisiana ex rel. Kenneth
Joseph MILLER

v.

C. Murray HENDERSON, Warden, Louisiana State Penitentiary.

No. 52830.

Sept. 29, 1972.

Application denied; the record before us shows the applicant is not entitled to the relief prayed for.

266 So.2d 715

W. Jack OLIVER

v.

T & C CONTRACTORS and Bituminous Casualty Corporation.

No. 52807.

Sept. 29, 1972.

Writ denied. Under the facts found by the Court of Appeal, the result is correct.